UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2009 MAR -4 P 2: 16

TONY'S SEAFOOD, LTD, ET AL.

VERSUS

LIBERTY MUTUAL INSRUANCE COMPANY

CIVIL ACTION

NO. 08-199-RET-CN

## ORDER OF DISMISSAL WITH PREJUDICE

After considering the Joint Motion to Dismiss, the Court finds the Motion well founded.  Therefore,

**IT IS ORDERED** that these proceedings are hereby Dismissed with Prejudice.

Baton Rouge, Louisiana this 4ᵗʰ day of _March_, 2009

**DISTRICT JUDGE**

2097570v1